# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                    Case No.: 4:08–bk–18919–EWH

**KATHLEEN ANN VINE**                                     Chapter: 13
aka KATHLEEN VINE LOPEZ
6820 E 3RD ST
TUCSON, AZ 85710
**SSAN:** xxx–xx–5216
**EIN:**

Debtor(s)

## ORDER REINSTATING CASE

    The above–captioned Debtor(s) having filed a motion to reinstate this case; the case having been dismissed because of administrative error; or the case having been dismissed for failure to pay the filing fee and the filing fee having been paid in full; and pursuant to Bankruptcy Rule 9024;

    IT IS ORDERED that this case is reinstated.

    NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** July 23, 2009                                   BY THE COURT

**Address of the Bankruptcy Clerk's Office:**             HONORABLE Eileen W. Hollowell
U.S. Bankruptcy Court, Arizona                            United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov