LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
SGibson@gnglaw.com
Kristen M. Green, SBN 019802
KGreen@gnglaw.com
Attorneys for T.T., LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>KATHLEEN ANN VINE,<br><br>       Debtor. | In Proceedings Under<br>Chapter 13<br><br>NO. 4-08-bk-18919-EWH<br><br>**MOTION TO CONFIRM VALIDITY OF TRUSTEE SALE** |

    T.T., LLC ("Purchaser"), hereby moves this Court for the entry of an order confirming that the trustee sale of the real property located at 6820 E. Third Street in Tucson, Arizona, was validly conducted and acted to transfer title to said property to Purchaser as the successful bidder at the trustee sale.

    In support of its Motion, Purchaser states as follows:

    1.  On December 30, 2008, the Debtor, Kathleen Ann Vine, filed her voluntary petition, thereby commencing the above-captioned chapter 13 case. Dianne C. Kerns is the duly-appointed, qualified, and acting chapter 13 trustee.

    2.  On July 1, 2009, this Court entered its order dismissing the chapter 13 case

due to the Debtor's failure to timely pay the required filing fee.

3. On July 14, 2009, Mark Bosco, as Trustee under that certain Deed of Trust recorded January 28, 1994, in docket 9718 at page 2221, records of Pima County, Arizona, in which Wells Fargo Bank, N.A., was beneficiary, conducted a trustee sale of the real property located at 6820 E. Third Street in Tucson, Arizona. Purchaser was the successful bidder at the trustee sale for a bid amount of $145,600.00.

4. Purchaser has paid the bid amount to the Trustee, and has received and recorded the Trustee's Deed in and to the subject property.

5. On July 17, 2009, three days after the completion of the trustee sale of the property to Purchaser, the Debtor filed a motion to reinstate her case. On July 23, 2009, nine days after the completion of the trustee sale, this Court entered its order reinstating the case.

6. At the time of the July 14, 2009, trustee sale, no stay or injunction was in effect as a result of the prior filing (and subsequent dismissal) of this chapter 13 case. Accordingly, the trustee sale of the subject to Purchaser was a valid sale conveying all right, title, and interest of the Debtor in and to the property to Purchaser.

7. In Purchaser's efforts to take possession of the property, Purchaser was advised by counsel for the Debtor that the sale was invalid and that any attempt by Purchaser to go upon the property would result in Debtor contacting the Tucson Police Department.

8. This Motion is brought for the sole purpose of confirming that the sale of the subject property was a valid sale and not subject to any stay or an injunction.

WHEREFORE, Purchaser respectfully requests that this Court enter its order finding that the sale of the subject property was a valid sale and that the Purchaser holds title to the property free of any claim of the Debtor, the Trustee, or the Debtor's chapter 13 estate.

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

DATED this 14th day of August, 2009.

        GIBSON, NAKAMURA & GREEN, P.L.L.C.

        By: /s/ Scott D. Gibson (007395)
          Scott D. Gibson
          Kristen M. Green
          Attorneys for T.T., LLC

Copy of the foregoing
mailed this 14th day
of August, 2009, to:

Bruce D. Bridegroom
BRIDEGROOM & HAYES
1656 N. Columbus Blvd.
Tucson, AZ 85712
Attorneys for Debtor

Dianne C. Kerns
7320 N. La Cholla #154 PMB 413
Tucson, AZ 85741
Chapter 13 Trustee

United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
Attorneys for Wells Fargo Bank, N.A.

By: /s/ Maria Calderon

TT LLC/MO RE TRU SALE.doc
08/14/09 2:36 PM

-3-